IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| NETLIST, INC.,<br><br>   Plaintiff,<br><br> vs.<br><br>GOOGLE LLC AND ALPHABET INC.<br><br>   Defendants. | Misc. Action No.: _____<br><br>Underlying lawsuit pending in the United States District Court for the Eastern District of Texas, Civ. No. 2:22-cv-203-JRG |

**PLAINTIFF NETLIST, INC.'S MOTION TO COMPEL
COMPLIANCE WITH THIRD PARTY SUBPOENAS**

Plaintiff Netlist, Inc. ("Netlist") hereby moves the Court to compel Defendants Google LLC ("Google") and Alphabet Inc. ("Alphabet") (collectively "Google") to comply with document subpoenas that were issued pursuant to Rule 45 of the Federal Rules of Civil Procedure in *Netlist, Inc. v. Micron Tech., Inc.*, No. 22-cv-203-JRG in the Eastern District of Texas.  The grounds for this motion are set forth in Netlist's opening brief, which is filed contemporaneously herewith.

|  |  |
|---|---|
|  | CONNOLLY GALLAGHER LLP |
|  | */s/ Alan R. Silverstein* |
| OF COUNSEL: | Alan R. Silverstein (#5066) |
|  | Sara Barry (#6703) |
| Jason G. Sheasby | 1201 North Market Street, 20th Floor |
| Yanan Zhao | Wilmington, DE 19801 |
| IRELL & MANELLA LLP | (302) 757-7322 |
| 1800 Avenue of the Stars, Suite 900 | asilverstein@connollygallagher.com |
| Los Angeles, CA 90067 | sbarry@connollygallagher.com |
| (310) 277-1010 |  |
| jsheasby@irell.com | *Attorneys for Plaintiffs Netlist, Inc.* |
| yzhao@irell.com |  |

Dated:  August 9, 2023