# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NETLIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC and ALPHABET INC. <br><br> Defendants. | Misc. Action No.: 1:23-mc-00369-MN <br><br> (Underlying lawsuit pending in the United States District Court for the Eastern District of Texas, Civ. No. 2:22-cv-203-JRG) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by Plaintiff Netlist, Inc. ("Netlist") and Defendants Google LLC and Alphabet Inc., by undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and subject to the approval and order of the Court, that the above-captioned action is dismissed with prejudice, each party to bear its own costs, attorney's fees and expenses. The parties hereby agree that all outstanding disputes as to all document and deposition subpoenas that Netlist served upon Google LLC and Alphabet Inc. pursuant to *Netlist, Inc. v. Micron Technology, Inc.*, No. 2:22-cv-203-JRG in the Eastern District of Texas are resolved, and no further compliance is required by Google LLC and Alphabet Inc. in relation thereto.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | CONNOLLY GALLAGHER LLP |
| */s/ Kelly E. Farnan* <br> Kelly E. Farnan (#4395) <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> farnan@rlf.com <br><br> *Attorneys for Google LLC and Alphabet Inc.* | */s/ Alan R. Silverstein* <br> Alan R. Silverstein (#5066) <br> Sara A. Barry (#6703) <br> 1201 North Market Street, 20th Floor <br> Wilmington, DE 19801 <br> (302) 757-7300 <br> asilverstein@connollygallagher.com <br> sbarry@connollygallagher.com <br><br> *Attorneys for Netlist, Inc.* |

Dated:  October 13, 2023

SO ORDERED this <u>  13th  </u> day of <u>  October  </u> 2023.

<u>/s/ Maryellen Noreika</u>
United States District Judge